AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

|  |  |  |
|---|---|---|
| ZOLTAN HIRSCH | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   11 CIV 0005 |
| DON AMBROSIO, INC. et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DON AMBROSIO, INC., a New York corporation, d/b/a SOSA BORELLA

Date:      03/08/2011

*Attorney's signature*

JONATHAN L. GEBALLE  JG-4250
*Printed name and bar number*

11 Broadway, Suite 615
New York NY 10004

*Address*

geballe@ggllp.com
*E-mail address*

(212) 732-0800
*Telephone number*

(212) 480-8560
*FAX number*